1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHRISTOPHER CRAIG,

11              Plaintiff,                    No. CIV S-08-248 MCE KJM PS

12        vs.

13   JUSTIN FLANERY,

14              Defendant.                    <u>ORDER</u>

15   _____/

16          Plaintiff is proceeding in this action pro se.  Plaintiff has requested authority

17   pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this

18   court by Local Rule 72-302(c)(21).

19          Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is

20   unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in

21   forma pauperis will be granted.  28 U.S.C. § 1915(a).

22          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28

23   U.S.C. §§ 1914(a), 1915(b)(1).  Plaintiff is obligated to make monthly payments of twenty

24   percent of the preceding month's income credited to plaintiff's prison trust account.  These

25   payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court

26   /////

each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's request to proceed in forma pauperis is granted.

2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3.  The Clerk of Court shall send plaintiff one USM-285 form for the defendant named in the complaint, one summons for the defendant and an instruction sheet.

4.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

a.  One completed summons for the defendant named in the complaint;

b.  One completed USM-285 form for the defendant named in the complaint; and

c.  Two copies of the endorsed complaint filed February 1, 2008.

5.  Plaintiff need not attempt service on defendant and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the defendants pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

6.  Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED:  February 8, 2008.

_____
U.S. MAGISTRATE JUDGE

006
craig.ifp-usm

2

1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER CRAIG,

12                Plaintiff,                        No. CIV S-08-248 MCE KJM PS

13        vs.

14   JUSTIN FLANERY,

15                Defendant.                        NOTICE OF SUBMISSION

16                                                  OF DOCUMENTS

17   _____/

18                Plaintiff hereby submits the following documents in compliance with the court's

19   order filed _____:

20                _____   completed summons form

21                _____   completed USM-285 forms

22                _____   copies of the Complaint

23   DATED:

24

25                                                 _____

26                                                 Plaintiff