1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHRISTOPHER CRAIG,

11            Plaintiff,                    No. CIV S-08-248 MCE KJM PS

12         vs.

13   JUSTIN FLANERY,                        ORDER

14            Defendant.

15   _____/

16          The court has been advised by the United States Marshal that service on

17   defendant cannot be completed because plaintiff identified numerous addresses for defendant.

18          Accordingly, IT IS HEREBY ORDERED that plaintiff shall within ten days from

19   the date of this order identify one of the six addresses previously provided by plaintiff as

20   defendant's address to be used as the address for service of process by the Marshal.

21   DATED:  June 16, 2008.

22

23   006
     craig.add                          _____
24                                       U.S. MAGISTRATE JUDGE

25

26

                                          1