IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER CRAIG,

    Plaintiff,                    No. CIV S-08-248 MCE KJM PS

    vs.

JUSTIN FLANERY,                  ORDER

    Defendant.

_____/

        Plaintiff has moved for default judgment. Defendant has not yet been served in this action.

        Accordingly, IT IS HEREBY ORDERED that the motion for default judgment (docket no. 18) is denied.

DATED: June 26, 2008.

                                          U.S. MAGISTRATE JUDGE

006
craig.def

1