IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER CRAIG,

    Plaintiff,                    No. CIV S-08-248 MCE KJM PS

    vs.

JUSTIN FLANERY,                 <u>ORDER</u>

    Defendant.

_____/

        Plaintiff has moved for default judgment. A waiver of service was filed May 14, 2009. Defendant's answer is not due until June 29, 2009. Plaintiff's motion is therefore premature.

        Accordingly, IT IS HEREBY ORDERED that the motion for default judgment (docket no. 31) is denied.

DATED: June 8, 2009.

                                                          U.S. MAGISTRATE JUDGE

006
craig2.def