UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER M. CRAIG,                    No. 2:08-cv-00248-MCE-KJM PS

        Plaintiff,

    v.                                   ORDER

JUSTIN FLANERY,

        Defendant.

----oo0oo----

    Plaintiff Christopher M. Craig seeks reconsideration of the
Order Denying his Motion for Default Judgment, which was
electronically filed on June 9, 2009.  That Order was proper, and
no reconsideration is warranted.  Thus, Plaintiff's Motion
(Docket No. 36) is DENIED.

    IT IS SO ORDERED.

Dated: July 1, 2009

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

1