IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER M. CRAIG,

    Plaintiff,

v.

JUSTIN FLANERY,

    Defendant.

No. 2:08-cv-00248 MCE KJN PS

ORDER

On March 23, 2010, the court ordered the parties to show cause, on or before April 22, 2010, why the parties in this action should not be sanctioned for their failure to file status reports or a joint status report in advance of the previously scheduled status (pretrial scheduling) conference. (Dkt. No. 44.) The court also ordered the parties to file status reports and ordered defendant to file a form consenting to or declining the jurisdiction of the United States Magistrate Judge. (Id.)

On April 19, 2010, defendant filed a written response to the order, a status report, and a form consenting to the jurisdiction of the United States Magistrate Judge. (Dkt. Nos. 46-48.) Accordingly, the show cause order is HEREBY discharged as to defendant Justin Flanery.

////

////

1

1  The show cause order remains in effect as to plaintiff.

2          IT IS SO ORDERED.

3  DATED: April 21, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE