IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER M. CRAIG,

    Plaintiff,

    v.

JUSTIN FLANERY,

    Defendant.

    /

No. 2:08-cv-00248 MCE KJN PS

ORDER

Presently before the undersigned is plaintiff's request for dismissal of this action with prejudice.[1] (Dkt. No. 50.) Because defendant has already filed an answer to plaintiff's amended complaint (Dkt. No. 33), a court order is required to effectuate a voluntary dismissal. See Fed. R. Civ. P. 41(a)(2). The undersigned finds that voluntary dismissal of this case with prejudice is appropriate.

The court HEREBY ORDERS that:

1. Plaintiff's request for dismissal with prejudice is granted;

2. This case is dismissed with prejudice and all pending dates are vacated;

---

[1] This action proceeds before the undersigned as a result of the parties' voluntary consent to the jurisdiction of a United States Magistrate Judge (Dkt. Nos. 10, 47, 53). See 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; E. Dist. Local Rule 301.

1

and

      3.     The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: May 7, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE